UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA (MIAMI)

In re:

6709 Greenacres Florida LLC

Case No.: 20-18663-AJC

Chapter 11

Debtor.
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

Please take note that Anne M. Gannon, Constitutional Tax Collector, Serving Palm Beach County, through undersigned counsel, makes an appearance in this case on behalf of the creditor Palm Beach County Tax Collector. All parties are requested to take notice and to serve copies of any and all pleadings, notices and pertinent documentation in this cause upon undersigned counsel.

Orfelia M. Mayor, Esq.
Palm Beach County Tax Collector's Office
P.O. Box 3715
West Palm Beach, Florida 33402-3715
legalservices@pbctax.com

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance and Request for Service has been furnished by Notice of Electronic Filing, this 20th day of August, 2020 to: Joel M. Aresty, Esq., aresty@mac.com; Office of the U.S. Trustee, USTPRegion21.M.M.ECF@usdoj.gov, and to all those receiving electronic notice.

Respectfully submitted,
Orfelia M. Mayor, Esq.
Office of the Tax Collector
P. O. Box 3715
West Palm Beach, Florida 33402-3715
Telephone: (561) 355-2141
Facsimile: (561) 355-1110
Florida Bar No. 646751

By:/s/ Orfelia M. Mayor_____
Attorney for Anne M. Gannon
Constitutional Tax Collector,
Serving Palm Beach County