United States Bankruptcy Court
Southern District of Florida

In re:                                                          Case No. 20-18663-AJC
6709 Greenacres Florida LLC                                     Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1            User: cohend            Page 1 of 1            Date Rcvd: Aug 19, 2020
                                Form ID: 309F1          Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2020.
db            +6709 Greenacres Florida LLC,    1688 Meridian Ave, 7th floor,    Miami Beach, FL 33139-2708
95821259      +Bank of New York Mellon,    and Select Portfolio Servicing, Inc.,
               c/o Greenfield Law Group, P.A.,   6111 Broken Sound Pkwy NW, STE 350,
               Boca Raton, FL 33487-2774
95821260       City of Greenacres,    5800 Meleleuca Lane,   Lake Worth, FL 33463-3515
95821261      +Egret Nest Homeowners's Association, Inc,    c/o Maria S. Leavy, Esq.,
               800 Village Square Crossing, Suite 347,    Palm Beach Gardens, FL 33410-4540

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: aresty@mac.com Aug 20 2020 02:56:36      Joel M. Aresty, Esq.,   309 1st Ave S,
               Tierra Verde, FL  33715
smg            EDI: FLDEPREV.COM Aug 20 2020 05:53:00     Florida Department of Revenue,   POB 6668,
               Tallahassee, FL  32314-6668
smg            EDI: IRS.COM Aug 20 2020 05:53:00     IRS,   POB 7346,   Philadelphia, PA 19101-7346
ust           +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Aug 20 2020 02:57:35     Office of the US Trustee,
               51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
95821262       E-mail/Text: legalservices@pbctax.com Aug 20 2020 02:57:39     Palm Beach County Tax Collector,
               PO Box 3353,   West Palm Beach, FL 33402-3353
                                                                                              TOTAL: 5

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2020 at the address(es) listed below:
              Joel M. Aresty, Esq.    on behalf of Debtor    6709 Greenacres Florida LLC aresty@mac.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                              TOTAL: 2

| Information to identify the case: | | |
|---|---|---|
| Debtor | **6709 Greenacres Florida LLC**<br>Name | EIN **85–2224725** |
| United States Bankruptcy Court **Southern District of Florida**<br>Case number: **20–18663–AJC** | | Date case filed for chapter **11**   **8/11/20** |

# Notice of Chapter 11 Bankruptcy Case

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See box 8 below for more information.)

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

<u>**WARNING TO DEBTOR:**</u> **WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE OF THE DEBTOR TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's Full Name** | 6709 Greenacres Florida LLC | |
| 2. | **All Other Names Used in the Last 8 Years** | | |
| 3. | **Address** | 1688 Meridian Ave, 7th floor<br>Miami Beach, FL 33139 | |
| 4. | **Debtor's Attorney**<br>(or Pro Se Debtor)<br>Name and address | Joel M. Aresty Esq.<br>309 1st Ave S<br>Tierra Verde, FL 33715 | Contact phone 305.904–1903 |
| 5. | **Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered** | US Bankruptcy Court<br>301 North Miami Avenue, Room 150<br>Miami, FL 33128 | Hours open 8:30 a.m. – 4:00 p.m.<br>Contact Phone (305) 714–1800 |
| | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at pacer.uscourts.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll–free at (866) 222–8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card.) | | **Note:** Pursuant to Administrative Order 2020–07, until further notice the clerk's office is CLOSED to the public for in–person filings.<br><br>Clerk of Court: <u>**Joseph Falzone**</u><br>Dated: <u>**8/19/20**</u> |
| 6. | ***MEETING OF CREDITORS***<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | September 9, 2020 at 12:00 PM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | ***MEETING WILL BE HELD BY TELEPHONE***<br><br>**Trustee: Office of the US Trustee**<br>Call in number:  866–774–1822<br>Participant Code:  4573853 |

Local Form 309F1 USBC SDFL (Corporations or Partnerships)  (03/30/2020)   **Notice of Chapter 11 Bankruptcy Case**                             page 1

Debtor  **6709 Greenacres Florida LLC**                                      Case number **20–18663–AJC**

| | | | |
|---|---|---|---|
| 7. | **Proof of Claim Deadline** | Deadline for all creditors to file a proof of claim (except governmental units): | Filing deadline: 10/20/20 |
| | | Deadline for governmental units to file a proof of claim: | Filing deadline: 2/8/21 |
| | **When Filing Proofs of Claim:** Claims may be delivered or mailed to the clerk's office. Creditors with internet access have the option to use the electronic claims filing program on the court website at www.flsb.uscourts.gov to electronically file a proof of claim. | **Deadlines for Filing Proof of Claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.flsb.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>● your claim is designated as *disputed, contingent,* or *unliquidated*;<br>● you file a proof of claim in a different amount; or<br>● you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed, contingent,* or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's officei or online at pacer.uscourts.gov<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. The deadline for filing objections to claims will be established pursuant to Local Rule 3007–1(B)(1).<br><br>**Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing proofs of claim in this notice apply to all creditors. If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline to file a proof of claim. See also box 9 below. | | |
| 8. | **Exception to Discharge Deadline**<br><br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. Writing a letter to the court or judge is not sufficient. | If § 523 applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for Filing the Complaint:**     **11/09/2020** | | |
| 9. | **Creditors with a Foreign Address** | Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | | |
| 10. | **Filing a Chapter 11 Bankruptcy Case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | | |
| 11. | **Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | 1) EBN program open to all parties. Register at the BNC website bankruptcynotices.uscourts.gov, **OR** 2) DeBN program open to debtors only. Register by filing with the Clerk of Court, Local Form "Debtor's Request to Receive Electronically Under DeBN Program". There is no charge for either option. See also Local Rule 9036–1(B) and (C). | | |
| 12. | **Translating Services** | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. | | |
| 13. | **Discharge of Debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. §1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523 applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline in box 8. | | |